IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>DAVID M. GAUER, )<br>)<br>Defendant. )<br>_____ ) | CRIMINAL NO. 1:13mj202 |

ORDER

Upon consideration of the probation officer's report and defendant's admissions, the court has found that defendant has violated the conditions of probation, as stated from the bench. After consideration of the factors set out in 18 U.S.C. § 3553(a) as incorporated in 18 U.S.C. § 3565, it is hereby ORDERED as follows:

1. Defendant's probation is revoked.

2. Defendant is hereby sentenced to serve three (3) days in jail and may self-surrender to the custody of the United States Marshal as directed.

ENTERED this 21st day of May, 2011.

/s/Thomas Rawles Jones, Jr.
_____
Thomas Rawles Jones, Jr.
United States Magistrate Judge

Alexandria, Virginia